**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

Felipe de Jesus Oropeza-Higareda,

    Petitioner,

    v.                                  Case No. 2:26-cv-02285-BCL-atc

Scott Ladwig et al.,

    Respondents.

---

**ORDER DIRECTING SERVICE AND RESPONSE**

---

Petitioner, Felipe de Jesus Oropeza-Higareda, is an illegal alien and citizen of Mexico who entered the United States in 1998. Doc. 1 at 9–10; Doc. 2 at 4. Petitioner is currently detained at the West Tennessee Detention Facility. Doc. 1 at 3. On March 17th, 2026, Petitioner filed a Petition for Habeas Corpus under 28 U.S.C. § 2241. *Id.* Contemporaneously, Petitioner filed a Motion for Preliminary Injunction and Temporary Restraining Order. Doc. 2 at 1. Petitioner seeks his release or an individualized bond hearing under 8 U.S.C. § 1226(a). *Id.* at 17.

Petitioner reports that he has provided notice to the United States Attorney's Office for the Western District of Tennessee via email. *Id.* at 2. Petitioner is **ORDERED** to serve (or re-serve) his Section 2241 petition, TRO motion and accompanying memorandum, and this order on Stuart J. Canale, Assistant United States Attorney for the Western District of Tennessee, at stuart.canale@usdoj.gov, and to then file a Notice stating that he has done so. Electronic service on the United States Attorney for the Western District of Tennessee is *not* a substitute for the requirements of formal service and is instead intended only to provide the Government notice and an opportunity to be heard given the expedited nature of these proceedings.

Respondent is **ORDERED** to file a response to the Petition within three (3) days of Petitioner's filing of the Notice mentioned in the preceding paragraph. Petitioner may file a reply within three (3) days of service of the response.

**IT IS SO ORDERED**, this 18th day of March, 2026.

s/ *Brian C. Lea*  
BRIAN C. LEA  
UNITED STATES DISTRICT JUDGE